## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BRENDA DAVIS, CLERK OF COURT OF    :    No. 5 WM 2022
WASHINGTON COUNTY, PENNSYLVANIA,    :
                        :
           Petitioner         :
                        :
                        :
              v.                 :
                        :
                        :
HONORABLE JOHN F. DISALLE,       :
                        :
           Respondent      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of June, 2022, the Application for Leave to File Original Process and the Request for Leave to File a Reply are GRANTED, the "Application for Writ of Prohibition" is DENIED, and the Prothonotary is DIRECTED to strike the name of the jurist from the caption.